UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES EDWARD GREEN | CIVIL ACTION |
| VERSUS | NO. 12-1992 |
| NEW ORLEANS POLICE DEPARTMENT, ET AL. | SECTION "H" (4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that James E. Green's claims brought pursuant to 42 U.S.C. § 1983 against the defendants, City of New Orleans Police Department, Magistrate Court Section "MI", Harris 4, Orleans Parish District Attorney Leon Cannizaro, Jr. in his official and individual capacities, and Honorable Darryl Derbigny, (collectively, "Defendants") are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this 22nd day of October, 2013.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**